would grant certiorari.

No. 74–408.  PIETRUNTI v. BOARD OF EDUCATION OF BRICK TOWNSHIP.  Super. Ct. N. J.  Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–421.  CLEVELAND BROWNS, INC. v. UNITED STATES.  Temp. Emerg. Ct. App.  Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–447.  SAUQUOIT FIBERS CO., INC. v. LEESONA CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–467.  BUILDING OWNERS & MANAGERS ASSOCIATION OF METROPOLITAN DETROIT ET AL. v. DETROIT EDISON CO. ET AL.  Cir. Ct., Ingham County, Mich.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5032.  MONTGOMERY ET AL. v. CALIFORNIA. Super. Ct. Cal., County of Sacramento.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5128.  BETTS v. COUNTY COURT FOR LACROSSE COUNTY, BRANCH II, ET AL.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5160.  MCNEIL v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5225.  WALKER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.